United States District Court
Southern District of Texas
**ENTERED**
~~October 30, 2017~~

AO 240A (Rev. 01/09) Order to Proceed Without Prepaying Fees or Costs

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the

_____ )
              *Plaintiff*         )
              v.               )   Civil Action No. 4:17mc2802
_____ )
              *Defendant*       )

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☒ Denied:

This application is denied for these reasons:

Applicant failed to answer Question #3

Date: OCT 3 0 2017

                                                    *Judge's signature*

                                                    *Printed name and title*